WALTER J. STONE, INC., Respondent, *v.* THE PROVIDENT LOAN SOCIETY OF NEW YORK, Appellant.

(Argued June 15, 1932; decided July 19, 1932.)

*Osmond K. Fraenkel, Arnold J. Brock* and *Charles Haskell Levitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.